No. 71. ADAM *v.* NEW YORK TRUST CO., TRUSTEE.

Argued January 23, 1931. Decided January 26, 1931. *Per Curiam:* The writ of certiorari herein is dismissed as improvidently granted. *Messrs. Michael Adam* and *Richard A. Dowling* submitted for petitioner. *Mr. Charles Rosen,* with whom *Messrs. Stamps Farrar* and *Edwin C. Hollins* were on the brief, for respondent.

No. —, original. EX PARTE JACKSON. Submitted January 26, 1931. Decided February 2, 1931. The motion for leave to file petition for writ of mandamus is denied. *Mr. Crandall Mackey* for petitioner.

No. —, original. EX PARTE STUTZMAN. Submitted January 28, 1931. Decided February 2, 1931. The motion for leave to file petition for writ of mandamus and for leave to proceed *in forma pauperis* is denied. *Mr. Charles A. Stutzman, pro se.*

No. —, original. EX PARTE DIAL. Submitted January 26, 1931. Decided February 2, 1931. The motion for leave to file petition for writ of mandamus is denied. *Mr. Frank Dial, pro se.*